*In re* Francisco Javier Criado Vázquez.

*Número:* TS-3826          *Resuelto:* 4 de febrero de 2002

*Javier Criado Vázquez, pro se.*

---

# RESOLUCIÓN

Evaluado el "Escrito solicitando reinstalación" presentado por el peticionario Francisco Javier Criado Vázquez y demás documentos que obran en el expediente, se autoriza su reinstalación sólo con relación al ejercicio de la abogacía.

Se le concede un término de veinte días a la Oficina de la Directora de Inspección de Notarías para expresarse con respecto a la solicitud de reinstalación al ejercicio de la notaría del querellado.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

<div align="center">

(*Fdo.*) Carmen E. Cruz Rivera
*Secretaria del Tribunal Supremo Interina*